JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

EFRAN CORNEJO SANCHEZ,              )   Case No. ED CV 16-1621-SP
                                    )
                    Plaintiff,      )
                                    )   **JUDGMENT**
            v.                      )
                                    )
NANCY A. BERRYHILL,                 )
Acting Commissioner of Social       )
Security Administration,            )
                                    )
                    Defendant.      )
_____ )

IT IS HEREBY ADJUDGED that the decision of the Commissioner of the Social Security Administration is **REVERSED** and this matter **REMANDED**, pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative proceedings consistent with the court's Memorandum Opinion and Order filed contemporaneously with the filing of this Judgment.

Dated: November 16, 2017

_____
SHERI PYM
United States Magistrate Judge